01
02
03
04
05
06             UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON
07                       AT SEATTLE

08   UNITED STATES OF AMERICA,              )
                                             )   CASE NO. CR14-352-MJP
09          Plaintiff,                       )
                                             )
10          v.                               )
                                             )   DETENTION ORDER
11   ROBEL SISAY GEBREMEDHIU,                )
                                             )
12          Defendant.                       )
     _____   )
13

14   <u>Offense charged</u>:     Felon in Possession of a Firearm

15   <u>Date of Detention Hearing</u>:   December 23, 2014.

16       The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and
17  based upon the factual findings and statement of reasons for detention hereafter set forth, finds
18  that no condition or combination of conditions which defendant can meet will reasonably
19  assure the appearance of defendant as required and the safety of other persons and the
20  community.

21          <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

22          1.      Defendant was previously sentenced in this District in CR06-026 RSL to 108

DETENTION ORDER
PAGE -1

months custody, 60 months supervised release for a charge of Conspiracy to Distribute Cocaine Base.  He was remanded to the custody of the Bureau of Prisons, and commenced his term of supervised release on February 22, 2013.  He has been indicted on a charge of Felon in Possession of a Firearm.

2. Defendant does not contest entry of an order of detention at this time, subject to reopening the issue if the conditions of 18 U.S.C. § 3142(b)(2)(B) are satisfied.

3. Defendant poses a risk of nonappearance due to past criminal history, including prior revocation and noncompliance with conditions of supervision, and a risk of danger due to criminal history.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

DETENTION ORDER
PAGE -2

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 23rd day of December, 2014.

_____
Mary Alice Theiler
Chief United States Magistrate Judge

DETENTION ORDER
PAGE -3