The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBEL SISAY GEBREMEDHIU,<br><br>Defendant. | NO. CR14-352RSL<br><br>ORDER CONTINUING TRIAL DATE |

The Court has considered the stipulated motion filed by the government and defendant ROBEL SISAY GEBREMEDHIU, by and through the undersigned attorneys, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), requesting a continuance of the trial in this case.

THE COURT FINDS, for all of the reasons set forth in the motion, that continuing the trial in this case is necessary to allow defense counsel adequate time to investigate the case and to effectively prepare for trial and the filing of pre-trial motions.

THE COURT FURTHER FINDS, considering the nature of this case and the charges contained in the Indictment, that it would be unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself without a continuance of the trial and pre-trial motions dates. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

ORDER CONTINUING TRIAL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

THE COURT FURTHER FINDS, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), that the ends of justice served by continuing the trial in this case outweigh the interest of the public and of the defendants in a more speedy trial.

IT IS THEREFORE ORDERED that the trial in this case shall be continued until May 18, 2015, and that the period of time from the date of this Order, up to and including the new trial date, shall be excludable time under 18 U.S.C. § 3161(h)(7)(A); and

IT IS FURTHER ORDERED that the deadline for filing pretrial motions in this case shall be April 3, 2015.

DATED this 4th day of February, 2015.

Robert S. Lasnik
United States District Judge

Submitted by:

*s/Todd Greenberg*
TODD GREENBERG
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101-3903
Telephone:  (206) 553-2636
Fax:     (206) 553-4440
E-mail: Todd.Greenberg4@usdoj.gov

*/s John Henry Browne (per approval)*
JOHN HENRY BROWNE
Counsel for Robel Sisay Gebremedhiu

*/s Michael Lee (per approval)*
MICHAEL LEE
Counsel for Robel Sisay Gebremedhiu

ORDER CONTINUING TRIAL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970