UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBEL SISAY GEBREMEDHIU,<br><br>Defendant. | Case No. CR14-352-RSL<br><br>ORDER DENYING MOTION FOR TERMINATION OF SUPERVISED RELEASE |

This matter comes before the Court on defendant's "Motion for Early Termination of Supervised Release." Dkt. #44. The Court, having reviewed the motion, records, and files herein, as well as the factors set forth in 18 U.S.C. § 3553(a), finds as follows:

(1) Defendant's motion for early termination of supervised release is DENIED. The Court recognizes that defendant has done well on supervision and commends him on his progress. However, considering defendant's criminal history, and the nature and circumstances of his offense, the Court declines to terminate his term of supervised release at this time. See 18 U.S.C. §§ 3583(e)(1); 3553(a).

(2) The Court understands that defendant is pursuing a seasonal truck driving job in Alaska. If defendant successfully obtains employment in Alaska, the Court will MODIFY the conditions of defendant's supervised release to permit him to travel to and work in Alaska from April through November 2020. Assuming defendant travels to Alaska for employment purposes, the Probation Office shall require him to report routinely by telephone to facilitate

ORDER DENYING MOTION FOR
TERMINATION OF SUPERVISED RELEASE - 1

continued support and monitoring of defendant. Defendant shall commit no new law violations for the period that he is out of the District.

IT IS SO ORDERED.

DATED this 3rd day of April, 2020.

Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR
TERMINATION OF SUPERVISED RELEASE - 2